IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE TREJO,

      Plaintiff,                  No. CIV S-10-2381 DAD P

    vs.

NANGALAMA, et al.,

      Defendants.           <u>ORDER</u>

_____/

        Defendants have filed a motion to modify the scheduling order in this case. Specifically, defendants request an additional ninety days to complete discovery and file dispositive motions. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' motion to modify the scheduling order (Doc. No. 16) is granted;

        2. The parties may conduct discovery until December 30, 2011. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date;

        3. All pretrial motions, except motions to compel discovery, shall be filed on or before March 30, 2012. Motions shall be briefed in accordance with paragraph 7 of this court's order filed October 6, 2010; and

/////

1

1  4. Except as set forth in this order, the court's June 15, 2011 discovery and
2  scheduling order remains in effect.
3  DATED: August 4, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:md
trej2381.41mod