IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE TREJA,

    Plaintiff,                                No. CIV S-10-2381 DAD P

    vs.

NANGALAMA, et al.,

    Defendants.                <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed a request to substitute Attorney William L. Schmidt as his counsel of record in this action. Plaintiff as well as Attorney Schmidt's consent to the substitution is reflected in the pleading filed with the court. Good cause appearing, plaintiff's request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for substitution of counsel (Doc. No. 19) is granted; and

        2. The Clerk of the Court is directed to amend the docket to reflect Attorney Schmidt as counsel of record for plaintiff.

DATED: September 13, 2011.

                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:9
trej2381.sub

1