IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE TREJO,

        Plaintiff,                 No. 2: 10-cv-2381 DAD P

    vs.

NANGALAMA, et al.,

        Defendants.         <u>ORDER TO SHOW CAUSE</u>

_____/

        Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On March 30, 2012, defendants filed a motion for summary judgment. To date, plaintiff has not filed either an opposition or a statement of non-opposition to the motion for summary judgment.

        Good cause appearing, IT IS HEREBY ORDERED that within fourteen (14) days plaintiff shall show cause in writing why defendants' motion for summary judgment should not be granted.

/////

/////

/////

/////

1

1  Failure to respond to this order will result in a recommendation[1] that this action be dismissed
2  with prejudice pursuant to Federal Rule of Civil Procedure 41(b).
3  DATED: September 11, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:dpw
DAD1/prisoner-civil rights/trej2381.osc

---

[1] Defendants have neither consented to nor declined to consent to magistrate judge jurisdiction.