IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE TREJO,

      Plaintiff,                      No. 2: 10-cv-2381 DAD P

      vs.

DR. NANGALAMA, et al.,

      Defendants.               ORDER

_____/

      On May 8, 2013, the parties filed a stipulated dismissal of defendants Drs. Lovett, Sahota, Ali, and Moghaddam from this action with prejudice. The undersigned has reviewed the stipulation signed by the parties.

      Pursuant to that stipulation, IT IS HEREBY ORDERED that:

      1. Defendants Drs. Lovett, Sahota, Ali, and Moghaddam are dismissed from this action with prejudice. Each side shall bear their own attorneys' fees and costs; and

      2. The case shall now proceed solely on plaintiff's claims against defendant Dr. Nangalama.

DATED: May 10, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
trej2381.stip

1