UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE TREJO,

        Plaintiff,                      No. 2: 10-cv-2381 DAD P

vs.

DR. NANGALAMA, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Jorge Trejo, inmate J-03482, a necessary and material witness in proceedings in this case on September 27, 2013, is confined in California State Prison, Corcoran, Substance Abuse Treatment Program, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Dale A. Drozd, to appear telephonically at California State Prison, Corcoran, September 27, 2013, at 10:00 am.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify telephonically before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California Substance Abuse Treatment Facility and State Prison, Corcoran, 900 Quebec Avenue, PO Box 7100, Corcoran, California 93212:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephone, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: September 5, 2013

                                                        _/s/ Dale A. Drozd_
                                                        DALE A. DROZD
                                                        UNITED STATES MAGISTRATE JUDGE

/md; trej2381.841.tc