IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE TREJO,

      Plaintiff,                No. 2: 10-cv-2381 DAD P

   vs.

DR. NANGALAMA, et al.,

      Defendants.        <u>ORDER</u>

                          /

        Counsel for plaintiff Trejo and counsel for defendant Nangalama have filed a notice with the court reporting that the parties have reached a settlement in this action.  The parties expect to file the final dispositional documents with the court within 120-180 days.  The parties request that the court therefore vacate any pending hearing dates in this case.  Good cause appearing, the court will grant the parties' request.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' request to vacate any pending hearing dates (Doc. No. 50) is granted;

        2. All pending hearing dates are vacated;

        3. The parties shall file the final dispositional documents within 120 days. Alternatively, if the dispositional documents are not completed by that time, the parties shall file

1

1  a status report explaining the status of the parties' settlement agreement and the filing of their

2  dispositional documents;

3      4.  The order and writ of habeas corpus ad testificandum issued on September 6,

4  2013, is vacated; and

5      5.  The Clerk of the Court is directed to serve a courtesy copy of this order on the

6  Warden at California Substance Abuse Treatment Facility and State Prison, Corcoran.

7  DATED: September 16, 2013.

10  DAD:9
trej2381.sett

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE