UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE TREJO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. NANGALAMA et al.,<br><br>　　　　　Defendants. | No.  2:10-cv-2381 DAD P<br><br><br>ORDER |

　　　　On September 11, 2013, counsel for both parties notified the court that they had reached a settlement agreement disposing of all claims against defendant Nangalama. On September 17, 2013, this court ordered the parties to file the final dispositional documents within 120 days. Alternatively, if the dispositional documents were not completed by that time, the court ordered the parties to file a status report explaining the status of the parties' settlement and the filing of their dispositional documents.

　　　　The 120-day period has now expired, and neither party has filed the dispositional documents or a status report in this case.  Counsel for both parties are advised that failure to comply with court orders may result in imposition of any and all sanctions within the inherent power of the court, including imposition of monetary sanctions.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that the parties are directed to file the dispositional documents or a status report within fourteen days of the date of this order.

Dated: January 28, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
trej2381.docs

2